BUCHALTER NEMER
A Professional Corporation
JAMES B. WRIGHT (SBN: 63241)
RICHARD C. DARWIN (SBN: 161245)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
jwright@buchalter.com

Attorneys for Defendants
BANK OF AMERICA, N.A. and LARRY JOHNSTON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART MICHELETTI, an individual, | CASE NO. CV 08 3557 BZ |
| Plaintiff, | **CERTIFICATE OF INTERESTED PERSONS AND ENTITIES** |
| vs. | |
| BANK OF AMERICA, N.A., a national banking association, LARRY JOHNSTON, an individual, and DOES 1-10, | |
| Defendants. | |

Pursuant to Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Bank of America, N.A. and Larry Johnston.

2. No publicly held corporation owns 10% or more of the stock in Bank of America, N.A.

| | |
|---|---|
| 1  DATED: July 24, 2008 | BUCHALTER NEMER<br>A Professional Corporation |
| 2 | |
| 3 | |
| 4 | By: _____<br>RICHARD C. DARWIN<br>Attorneys for Defendants |
| 5 | BANK OF AMERICA, N.A. and LARRY JOHNSTON |