| | |
|---|---|
| 1 | BUCHALTER NEMER |
|   | A Professional Corporation |
| 2 | JAMES B. WRIGHT (SBN: 63241) |
|   | RICHARD C. DARWIN (SBN: 161245) |
| 3 | 333 Market Street, 25th Floor |
|   | San Francisco, CA 94105-2126 |
| 4 | Telephone: (415) 227-0900 |
|   | Facsimile: (415) 227-0770 |
| 5 | jwright@buchalter.com |
| 6 | Attorneys for Defendants |
|   | BANK OF AMERICA, N.A. and LARRY JOHNSTON |

FILED
08 JUL 24 PM 2:26
RICHARD W. WIEKING
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BZ

| | | |
|---|---|---|
| ART MICHELETTI, an individual, | | CV 08 3557 |
| Plaintiff, | | CASE NO. |
| vs. | | **PROOF OF SERVICE** |
| BANK OF AMERICA, N.A., a national banking association, LARRY JOHNSTON, an individual, and DOES 1-10, | | [Notice of Removal of Civil Action] |
| Defendants. | | |

BN 2118614v1

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 333 Market Street, 25th Floor, San Francisco, California 94105-2126.

On July 24, 2008, I served the foregoing document described as:

**Notice of Removal of Civil Action Pursuant to 28 USC Sections 1441(a), 1441(b), and 1446 (Diversity);**
**Civil Cover Sheet;**
**Certificate of Interested Persons and Entities**

on all other parties and/or their attorney(s) of record to this action as follows:

James M. Wagstaffe, Esq.
Adrian J. Sawyer, Esq.
Kerr & Wagstaffe LLP
100 Spear St #1800
San Francisco, CA, 94105
Phone: (415) 371-8500
Fax (415) 371-0500
wagstaffe@kerrwagstaffe.com
sawyer@kerrwagstaff.com
Attorneys for Plaintiff Art Micheletti

☒    **BY MAIL**   By causing a true copy thereof placed in a sealed envelope to be deposited in the United States Postal Service addressed as stated above. I am readily familiar with the business's practice for collection and processing of correspondence for mailing. On the same day correspondence is placed for collection and mailing, it is deposited with first class prepaid postage in the ordinary course of business with the United States Postal Service in San Francisco, California.

☒    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

☒    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 24, 2008, at San Francisco, California.

_____Mushen Aldridge_____         _____(Signature)_____

BUCHALTER, NEMER,
FIELDS & YOUNGER
ATTORNEYS AT LAW
LOS ANGELES

BN 2118604v2

PROOF OF SERVICE