1  BUCHALTER NEMER
   A Professional Corporation
2  JAMES B. WRIGHT (SBN: 63241)
   RICHARD C. DARWIN (SBN: 161245)
3  333 Market Street, 25th Floor
   San Francisco, CA 94105-2126
4  Telephone: (415) 227-0900
   Facsimile: (415) 227-0770
5  jwright@buchalter.com

6  Attorneys for Defendants
   BANK OF AMERICA, N.A. and LARRY JOHNSTON
7

8           UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10

11 ART MICHELETTI, an individual,        CASE NO. CV-08-03557 BZ

12         Plaintiff,                    **PROOF OF SERVICE**
                                         [Order Setting Initial CMC]
13    vs.

14 BANK OF AMERICA, N.A., a national
   banking association, LARRY JOHNSTON,
15 an individual, and DOES 1-10,

16         Defendants.

BN 2118614v1                             CV-08-03557 BZ

PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 333 Market Street, 25th Floor, San Francisco, California 94105-2126.

On July 25, 2008, I served the following documents described as:

**Order Setting Initial Case Management Conference and ADR Deadlines;**
**Judge Zimmerman's Standing Orders;**
**Standing Order for All Judges, Contents of Joint Case Management Statement;**
**Notice of Assignment of Case to U.S. Magistrate Judge for Trial;**
**ECF Registration Information Handout;**
**Welcome to the U.S. District Court, San Francisco;**
**Consenting to a Magistrate Judge's Jurisdiction**

on all other parties and/or their attorney(s) of record to this action as follows:

James M. Wagstaffe, Esq.
Adrian J. Sawyer, Esq.
Kerr & Wagstaffe LLP
100 Spear St #1800
San Francisco, CA, 94105
Phone: (415) 371-8500
Fax (415) 371-0500
wagstaffe@kerrwagstaffe.com
sawyer@kerrwagstaff.com
Attorneys for Plaintiff Art Micheletti

☒    **BY MAIL**    By causing a true copy thereof placed in a sealed envelope to be deposited in the United States Postal Service addressed as stated above. I am readily familiar with the business's practice for collection and processing of correspondence for mailing. On the same day correspondence is placed for collection and mailing, it is deposited with first class prepaid postage in the ordinary course of business with the United States Postal Service in San Francisco, California.

☒    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

☒    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 25, 2008, at San Francisco, California.

Mushen Aldridge                              _____
                                                      (Signature)

BN 2118604v3                                                            CV-08-03557-BZ

BUCHALTER, NEMER, FIELDS & YOUNGER
ATTORNEYS AT LAW
LOS ANGELES