JAMES M. WAGSTAFFE (95535)
ADRIAN J. SAWYER (203712)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Plaintiff
ART MICHELETTI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART MICHELETTI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., a national banking assocation, LARRY P. JOHNSTON, an individual, and DOES 1-10,<br><br>Defendants. | Case No. C 08-3557 BZ<br><br>**PLAINTIFF'S DEMAND FOR JURY TRIAL** |

1   Plaintiff Art Micheletti hereby demands a trial by jury in this matter.

2

3   DATED: July 28, 2008

4                                  **KERR & WAGSTAFFE LLP**

5

6                          By _____/s/_____
                              ADRIAN J. SAWYER
7
                              Attorneys for Plaintiff
8                             ART MICHELETTI

– 1 –