1  JAMES M. WAGSTAFFE (95535)
   ADRIAN J. SAWYER (203712)
2  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
3  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
4  Fax: (415) 371-0500

5  Attorneys for Plaintiff
   ART MICHELETTI
6
   **BUCHALTER NEMER**
7  **A Professional Corporation**
   JAMES B. WRIGHT (SBN: 63241)
8  RICHARD C. DARWIN (SBN: 161245)
   333 Market Street, 25th Floor
9  San Francisco, CA 94105-2126
   Telephone: (415) 227-0900
10 Facsimile: (415) 227-0770

11 Attorneys for Defendants
   BANK OF AMERICA, N.A., and
12 LARRY P. JOHNSTON

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ART MICHELETTI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., a national banking association, LARRY P. JOHNSTON, an individual, and DOES 1-10,<br><br>Defendants. | Case No. C 08-3557 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REMANDING ACTION TO STATE COURT** |

# STIPULATION

WHEREAS, Plaintiff Art Micheletti filed this action on July 16, 2008, in California Superior Court for the County of San Francisco;

WHEREAS, both Plaintiff Art Micheletti and Defendant Larry P. Johnston are citizens of California;

WHEREAS, on July 24, 2008, Defendant Bank of America removed the action to this Court, arguing that diversity jurisdiction exists because Defendant Johnston's joinder was a sham;

WHEREAS, the parties have met and conferred and agree to remand this action to California Superior Court for the County of San Francisco without need for briefing or argument;

NOW THEREFORE, the parties to this action hereby stipulate that the action be remanded by this Court to the California Superior Court for the County of San Francisco.

DATED: September 5, 2008

**KERR & WAGSTAFFE LLP**

By _____/s/_____
ADRIAN J. SAWYER

Attorneys for Plaintiff
ART MICHELETTI

DATED: September 5, 2008

**BUCHALTER NEMER**

By _____/s/_____
RICHARD C. DARWIN

Attorneys for Defendants
BANK OF AMERICA, N.A., and
LARRY P. JOHNSTON

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that this action be and hereby is REMANDED to the California Superior Court for the County of San Francisco.

Dated: _____, 2008      _____
                                HON. JEFFREY S. WHITE
                                UNITED STATES DISTRICT JUDGE

1 **ATTESTATION (GENERAL ORDER 45.X.B.)**

2   I, Adrian J. Sawyer, am the ECF user whose ID and password are being used to file this
3 stipulation.  I hereby attest that I have obtained concurrence for this filing from counsel for
4 Defendants, the other signatory to this stipulation.

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28