| | |
|---|---|
| 1 | JAMES M. WAGSTAFFE (95535) |
|   | ADRIAN J. SAWYER (203712) |
| 2 | **KERR & WAGSTAFFE LLP** |
|   | 100 Spear Street, Suite 1800 |
| 3 | San Francisco, CA 94105–1528 |
|   | Telephone: (415) 371-8500 |
| 4 | Fax: (415) 371-0500 |
| 5 | Attorneys for Plaintiff |
|   | ART MICHELETTI |
| 6 | |
|   | **BUCHALTER NEMER** |
| 7 | **A Professional Corporation** |
|   | JAMES B. WRIGHT (SBN: 63241) |
| 8 | RICHARD C. DARWIN (SBN: 161245) |
|   | 333 Market Street, 25th Floor |
| 9 | San Francisco, CA 94105-2126 |
|   | Telephone: (415) 227-0900 |
| 10 | Facsimile: (415) 227-0770 |
| 11 | Attorneys for Defendants |
|   | BANK OF AMERICA, N.A., and |
| 12 | LARRY P. JOHNSTON |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ART MICHELETTI, an individual, | Case No. C 08-3557 JSW |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER REMANDING ACTION TO STATE COURT** |
| v. | |
| BANK OF AMERICA, N.A., a national banking association, LARRY P. JOHNSTON, an individual, and DOES 1-10, | |
| Defendants. | |

**STIPULATION**

WHEREAS, Plaintiff Art Micheletti filed this action on July 16, 2008, in California Superior Court for the County of San Francisco;

WHEREAS, both Plaintiff Art Micheletti and Defendant Larry P. Johnston are citizens of California;

WHEREAS, on July 24, 2008, Defendant Bank of America removed the action to this Court, arguing that diversity jurisdiction exists because Defendant Johnston's joinder was a sham;

WHEREAS, the parties have met and conferred and agree to remand this action to California Superior Court for the County of San Francisco without need for briefing or argument;

NOW THEREFORE, the parties to this action hereby stipulate that the action be remanded by this Court to the California Superior Court for the County of San Francisco.

DATED: September 5, 2008

**KERR & WAGSTAFFE LLP**

By _____/s/_____
ADRIAN J. SAWYER

Attorneys for Plaintiff
ART MICHELETTI

DATED: September 5, 2008

**BUCHALTER NEMER**

By _____/s/_____
RICHARD C. DARWIN

Attorneys for Defendants
BANK OF AMERICA, N.A., and
LARRY P. JOHNSTON

1   [~~PROPOSED~~] ORDER

2   Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that this action be
3   and hereby is REMANDED to the California Superior Court for the County of San Francisco.

4
5   Dated: September 8 , 2008                    ___/s/ Jeffrey S. White___
6                                                HON. JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE